UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA :  INDICTMENT

-v.- :

 05 Cr.

WILLIAM HENRIQUEZ, :

 :

Defendant. :

 :

- - - - - - - - - - - - - - - - x



COUNT ONE

## 05CRIM. 185

The Grand Jury charges:

1. In or about August 2000, in the Southern District of New York and elsewhere, WILLIAM HENRIQUEZ, the defendant, and others known and unknown, unlawfully, willfully, and knowingly did combine, conspire, confederate, and agree together and with each other to commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and would thereby have obstructed, delayed, and affected commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), to wit, WILLIAM HENRIQUEZ, the defendant, and others known and unknown, conspired to commit a robbery of the occupants of an apartment located at 5 Cabrini Boulevard, New York, New York, whom HENRIQUEZ believed to be engaged in narcotics trafficking.

### Overt Acts

2. In furtherance of the conspiracy and to effect the



illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

a. In or about August 2000, WILLIAM HENRIQUEZ, the defendant, was advised by co-conspirators not named as defendants herein that an individual living in an apartment (the "Apartment") in a building located at 5 Cabrini Boulevard, in New York, New York, possessed narcotics and narcotics proceeds.

b. In or about August 2000, WILLIAM HENRIQUEZ, the defendant, and others known and unknown, planned an armed robbery of an individual living in the Apartment in order to obtain narcotics and narcotics proceeds.

c. On or about August 20, 2000, WILLIAM HENRIQUEZ, the defendant, and other co-conspirators not named as defendants herein, entered the Apartment.

d. On or about August 20, 2000, a co-conspirator not named as a defendant herein shot and killed an individual on the fire escape just outside of the Apartment.

(Title 18, United States Code, Section 1951.)

## COUNT TWO

The Grand Jury further charges:

3. On about August 20, 2000, in the Southern District of New York and elsewhere, WILLIAM HENRIQUEZ, the defendant, and others known and unknown, unlawfully, willfully, and knowingly

-2-

committed a robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and thereby obstructed, delayed, and affected commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), to wit, WILLIAM HENRIQUEZ, the defendant, and others known and unknown, committed a robbery of individuals in an apartment building located at 5 Cabrini Boulevard in New York, New York, and obtained and attempted to obtain narcotics and narcotics proceeds.

(Title 18, United States Code, Sections 1951 and 2.)

### COUNT THREE

The Grand Jury further charges:

4. On or about August 20, 2000, in the Southern District of New York and elsewhere, WILLIAM HENRIQUEZ, the defendant, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, to wit, the crimes charged in Counts One and Two of this Indictment, used, carried and discharged a firearm, and aided and abetted the use, carrying and discharge of a firearm, and possessed and aided

and abetted the possession of a firearm, in furtherance of such crime.

(Title 18, United States Code,
Sections 924(c)(1)(A)(iii) and 2.)

_____ 2/17/05        _____
FOREPERSON                                 DAVID N. KELLEY
                                           United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

- v -

**WILLIAM HENRIQUEZ,**

**Defendant.**

---

<u>INDICTMENT</u>

05 Cr.

(18 U.S.C. §§ 1951, 924(c))


<u>DAVID N. KELLEY</u>
United States Attorney.

**A TRUE BILL**

*[signature]* 2/17/05

Foreperson.

---