

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 28, 2006

By Facsimile

The Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007

    Re:   *United States v. William Henriquez,*
           05 Cr. 185 (AKH)

Dear Judge Hellerstein:

    The Government respectfully submits this letter regarding the scheduling of defense motions in the above-referenced matter.

    Pursuant to the Court's instructions at the February 14, 2006 status conference, Government counsel conferred with defense counsel to determine whether or not the parties would be able to reach an agreement regarding the admissibility of certain statements made by the defendant during a proffer at the United States Attorney's Office. Those discussions have not resulted in any agreement among the parties. Accordingly, insofar as the Government intends to offer evidence of the defendant's statements, in accordance with the terms of the Proffer Agreement entered into by the parties, the Government respectfully submits that the Court should schedule a time for the defendant to make his motion and for the parties to brief the issue.

    Respectfully Submitted,

    MICHAEL J. GARCIA
    United States Attorney

By: _____
    Harry Sandick / Daniel L. Stein
    Assistant United States Attorneys
    (212) 637-2340 / 2407

cc:    Joel Stein, Esq.
        Attorney for William Henriquez

*Handwritten note:* The parties shall propose a schedule for further court order.
3-3-06
[signature]