```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :    SEALED
                                       INDICTMENT
          -v.-                    :
                                       S3 05 Cr. 185 (AKH)
WILLIAM HENRIQUEZ,                :
FABIO LNU,
     a/k/a "Morenito,"            :
JOSE LUIS ACOSTA,
     a/k/a "Glenko,"              :
     a/k/a "Gruno,"
FNU LNU,                          :
     a/k/a "Jando,"
FNU LNU,                          :
     a/k/a "Jonathan,"
                                  :

                                  :
          Defendants.             :

- - - - - - - - - - - - - - - - - x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-10-05

## COUNT ONE

The Grand Jury charges:

1. In or about August 2000, in the Southern District of New York and elsewhere, WILLIAM HENRIQUEZ, FABIO LNU, a/k/a "Morenito," JOSE LUIS ACOSTA, a/k/a "Glenko," a/k/a "Gruno," FNU LNU, a/k/a "Jando," and FNU LNU, a/k/a "Jonathan," the defendants, and others known and unknown, unlawfully, willfully, and knowingly did combine, conspire, confederate, and agree together and with each other to commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and would thereby have obstructed, delayed, and affected commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section

1951(b)(3), to wit, WILLIAM HENRIQUEZ, FABIO LNU, a/k/a "Morenito," JOSE LUIS ACOSTA, a/k/a "Glenko," a/k/a "Gruno," FNU LNU, a/k/a "Jando," and FNU LNU, a/k/a "Jonathan," the defendants, and others known and unknown, conspired to commit a robbery of the occupants of an apartment located at 5 Cabrini Boulevard, New York, New York, whom HENRIQUEZ, FABIO LNU, a/k/a "Morenito," JOSE LUIS ACOSTA, a/k/a "Glenko," a/k/a "Gruno," FNU LNU, a/k/a "Jando," and FNU LNU, a/k/a "Jonathan" believed to be engaged in narcotics trafficking.

### Overt Acts

2. In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

 a. In or about August 2000, WILLIAM HENRIQUEZ, the defendant, was advised by FNU LNU, a/k/a "Jando," and by co-conspirators not named as defendants herein that an individual living in an apartment (the "Apartment") in a building located at 5 Cabrini Boulevard, in New York, New York, possessed narcotics and narcotics proceeds.

 b. In or about August 2000, WILLIAM HENRIQUEZ, FABIO LNU, a/k/a "Morenito," JOSE LUIS ACOSTA, a/k/a "Glenko," a/k/a "Gruno," FNU LNU, a/k/a "Jando," and FNU LNU, a/k/a "Jonathan," the defendants, and others known and unknown, planned

an armed robbery of an individual living in the Apartment in order to obtain narcotics and narcotics proceeds.

      c.  On or about August 20, 2000, WILLIAM HENRIQUEZ, FABIO LNU, a/k/a "Morenito," JOSE LUIS ACOSTA, a/k/a "Glenko," a/k/a "Gruno," the defendants, and other co-conspirators not named as defendants herein, entered the Apartment.

      d.  On or about August 20, 2000, FNU LNU, a/k/a "Jando," and FNU LNU, a/k/a "Jonathan," the defendants, remained outside of the Apartment and watched to make sure that law enforcement personnel were not in the vicinity.

      e.  On or about August 20, 2000, FABIO LNU, a/k/a "Morenito," the defendant, shot and killed an individual on the fire escape just outside of the Apartment.

(Title 18, United States Code, Section 1951.)

## COUNT TWO

The Grand Jury further charges:

3.  On about August 20, 2000, in the Southern District of New York and elsewhere, WILLIAM HENRIQUEZ, FABIO LNU, a/k/a "Morenito," JOSE LUIS ACOSTA, a/k/a "Glenko," a/k/a "Gruno," FNU LNU, a/k/a "Jando," and FNU LNU, a/k/a "Jonathan," the defendants, and others known and unknown, unlawfully, willfully, and knowingly committed a robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and thereby

obstructed, delayed, and affected commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), to wit, WILLIAM HENRIQUEZ, FABIO LNU, a/k/a "Morenito," JOSE LUIS ACOSTA, a/k/a "Glenko," a/k/a "Gruno," FNU LNU, a/k/a "Jando," and FNU LNU, a/k/a "Jonathan," the defendants, and others known and unknown, committed a robbery of individuals in an apartment building located at 5 Cabrini Boulevard in New York, New York, and obtained and attempted to obtain narcotics and narcotics proceeds.

(Title 18, United States Code, Sections 1951 and 2.)

## COUNT THREE

The Grand Jury further charges:

4.   On or about August 20, 2000, in the Southern District of New York and elsewhere, WILLIAM HENRIQUEZ, FABIO LNU, a/k/a "Morenito," JOSE LUIS ACOSTA, a/k/a "Glenko," a/k/a "Gruno," FNU LNU, a/k/a "Jando," and FNU LNU, a/k/a "Jonathan," the defendants, during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, to wit, the crimes charged in Counts One and Two of this Indictment, used and carried a firearm, and aided and abetted the use and

carrying of a firearm, and possessed and aided and abetted the possession of a firearm, in furtherance of such crime, during which crime a firearm was discharged.

(Title 18, United States Code, Sections 924(c)(1)(A)(iii) and 2.)

### COUNT FOUR

The Grand Jury further charges:

5. On or about August 20, 2000, in the Southern District of New York, WILLIAM HENRIQUEZ, FABIO LNU, a/k/a "Morenito," JOSE LUIS ACOSTA, a/k/a "Glenko," a/k/a "Gruno," FNU LNU, a/k/a "Jando," and FNU LNU, a/k/a "Jonathan," the defendants, unlawfully, willfully, and knowingly, used and carried a firearm, and aided and abetted the use and carrying of a firearm, during and in relation to a crime of violence and a drug trafficking crime for which they may be prosecuted in a court of the United States, namely, the crimes charged in Counts One and Two of this Indictment, and, in the course of such crime caused the death of a person through the use of a firearm, which killing is murder as defined in Title 18, United States Code, Section 1111, in that WILLIAM HENRIQUEZ, FABIO LNU, a/k/a "Morenito," JOSE LUIS ACOSTA, a/k/a "Glenko," a/k/a "Gruno," FNU LNU, a/k/a "Jando," and FNU LNU, a/k/a "Jonathan," participated in an attempted robbery of a drug dealer, Jaime Valentin, during which attempted robbery Jaime Valentin was shot and killed, in

the vicinity of 5 Cabrini Boulevard, New York, New York.

(Title 18, United States Code, Sections 924(j) and 2.)

_____  11/9/05        _____
FOREPERSON                              MICHAEL J. GARCIA
                                        United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v -

WILLIAM HENRIQUEZ,
FABIO LNU, a/k/a "Morenito,"
JOSE LUIS ACOSTA,
a/k/a "Glenko," a/k/a "Gruno,"
FNU LNU, a/k/a "Jando,"
FNU LNU, a/k/a "Jonathan,"

Defendants.

**SEALED**
**INDICTMENT**

S3 05 Cr. 185 (AKH)

(18 U.S.C. §§ 1951, 924(c), 924(j) and 2)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

Foreperson.

Post 11-1-87
11/10/05
Filed Ind.
Ellis, J.

11/10/05