2007



So ordered
10-15-07
[signature]

September 20, 2007

Judge Alvin K. Hellerstein
United States Courthouse
500 Pearl Street
New York, NY 10007

                re: <u>USA v. William Henriquez</u>
                   05 CR 185 (AKH)

Dear Judge Hellerstein:

    I am counsel for William Henriquez in the above-named matter, having been appointed pursuant to the provisions of the Criminal Justice Act on March 7, 2005. In addition, on November 30, 2005, the Court appointed Russell Neufeld, Esq. as learned counsel since this matter was a potential capital prosecution, and continued him as co-counsel on August 7, 2006 after the government gave notice that it did not intend to seek the death penalty.

    Related to this matter is a separate prosecution in the New York State Supreme Court, Bronx County, charging the defendant with manslaughter. The defendant has agreed to plead guilty based on an information that will be filed with that court.

    I am informed by the CJA Clerk's office that if the Court authorized compensation for this matter as part of our CJA voucher, we will be compensated for our services.

    Accordingly, we are respectfully requesting that the Court authorize CJA compensation for this related but separate prosecution.

    Thank you for your consideration of this request.

cc:    Russell Neufeld, Esq.                          Very truly yours,
       (by fax)

                                                             Joel M. Stein, Esq.
                                                             Counsel to defendant

DATE FILED: 10/16/07